*JACQUELINE M. JAMES, ESQ.*

| | |
|---|---|
| THE JAMES LAW FIRM | T: (914) 358 6423 |
| 445 HAMILTON AVENUE | F: (914) 358 6424 |
| SUITE 1102 | JJAMESLAW@OPTONLINE.NET |
| WHITE PLAINS, NY 10601 | JACQUELINEJAMESLAW.COM |

December 23, 2016

The Honorable Steven I. Locke
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

    Re:    *2:15-cv-03500-LDW-SIL*
            *Plaintiff's First Letter Motion for Leave to File Amended Complaint, Proposed Summons, and Return of Service Under Seal*

Dear Judge Locke:

    The James Law Firm, PLLC represents Plaintiff in the above captioned matter. On June 16, 2015, Plaintiff filed its Complaint against Defendant, John Doe Subscriber assigned IP Address 71.241.153.175.

    On August 23, 2016, this Honorable Court granted Plaintiff leave to Serve a Third Party Subpoena on the Defendant's Internet Service Provider, Verizon Internet Services [CM/ECF 12] to obtain the Defendant's identifying information. Plaintiff served the subpoena on the ISP on September 2, 2016 and received the ISP's response on November 6, 2016. Plaintiff has investigated the information provided by the ISP and has decided to proceed with its case against the subscriber.

    Pursuant to the Court's August 23, 2016 Order, the case is to be litigated in the name of "John Doe" until further order of the Court. As such, Plaintiff cannot publically name the Defendant at this point. Accordingly, Plaintiff respectfully requests that the Court permit Plaintiff to file its Amended Complaint and proposed summons in the Defendant's name, as well as the return of service, under seal.

                By: *Jacqueline M. James*

                *Attorneys for Plaintiff*
                Jacqueline M. James, Esq. (1845)
                The James Law Firm, PLLC
                445 Hamilton Avenue, Suite 1102
                White Plains, New York 10601
                T: 914-358-6423