UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
MALIBU MEDIA, LLC,            **ORDER**
                                                               15-CV-3500 (LDW)(SIL)

                Plaintiff,

      v.

JOHN DOE subscriber assigned IP
address 71.241.153.175,
                Defendant.
----------------------------------------------------------------x

**LOCKE, Magistrate Judge:**

## ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE ITS AMENDED COMPLAINT, SUMMONS, AND AFFIDAVIT OF SERVICE UNDER SEAL

      THIS CAUSE came before the Court upon Plaintiff's Motion for Leave to File its Amended Complaint, Summons, and Affidavit of Service under seal (the "Motion"), and, the Court being duly advised in the premises,

      **IT IS ORDERED AND ADJUDGED:** Plaintiff's Motion to file under seal is granted. Plaintiff shall file its Amended Complaint, Summons, and Affidavit of Service under seal. All remaining pleadings will be filed under the name "John Doe" until further order of the Court.

Dated:     Central Islip, New York     **SO ORDERED:**
             December 30, 2016

                                                    s/ Steven I. Locke
                                                    STEVEN I. LOCKE
                                                    United States Magistrate Judge