# AFFIDAVIT OF SERVICE

**Index #:** 2:15-CV-03500-LDW-SIL
**Date Filed:** January 6, 2017
**Court Date:**
**Assigned Justice:**

UNITED STATES DISTICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

ATTORNEY(S): PH:
ADDRESS: File No.: 136258

**MALIBU MEDIA, LLC**

VS.

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF New York, COUNTY OF SUFFOLK SS.:

TINA ARCURI, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York. On **Thursday, January 19, 2017** at **8:00 AM** at _____ deponent served the within **SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT-ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT**

on: _____

**Defendant** therein named.

**#1 INDIVIDUAL** [X] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person.

**#2 DESCRIPTION** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex: ___ Color of skin: ___ Color of hair: ___ Age: ___ Height: ___
Weight: ___ Other Features: ___

**#3 WIT. FEES** [ ] $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#4 MILITARYSRVC** [X] Your deponent asked person spoken to whether the defendant was in the active military service of the United States or New York and received a negative reply. Upon information and belief I have; being based on the conversation and observations above narrated, defendant is not in the military service.

**#5 OTHER** [ ]

**#6 MAIL COPY** [ ] On _____, deponent completed service by depositing a true copy of each document to the the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail #:

Sworn to before me on 01/20/2017

SUSAN CORTINA
Notary Public, State of New York
No. 01CO6047509, Qualified in Suffolk County
Term Expires September 5, 2018



TINA ARCURI
Server's Lic #
InvoiceWorkOrder 2129431